**Roger Lee LOUGHRY, Sr.,**
**Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security Administration, Defendant–Appellee.**

No. 15–1219.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 24, 2015.

Roger Lee Loughry, Sr., Appellant Pro Se. Amy C. Rigney, Social Security Administration, Baltimore, Maryland, for Appellee.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Lee Loughry, Sr., appeals the magistrate judge's * order granting Defendant's motion to dismiss Loughry's civil action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons identified in the magistrate judge's order. See Loughry v. Colvin, No. 1:14–cv–02208–SAG (D.Md. Jan. 21, 2015). We

* With the parties' consent, the magistrate judge exercised jurisdiction over this litigation, as

deny Loughry's motions for summary judgment and discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

authorized by 28 U.S.C. § 636(c)(1) (2012).